501 A.2d 633

**BOARD OF SUPERVISORS OF NEW BRITAIN TOWNSHIP**

v.

**BUCKS COUNTY CABLEVISION.**

Supreme Court of Pennsylvania.

Dec. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 159 E.D. Appeal Docket 1985.